FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 08 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Jonesboro_ DIVISION

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

CASE NO. _3:15cv269-DPm_

Jury Trial: ☒ Yes ☐ No
(Check One)

I.    Parties    **This case assigned to District Judge** _Marshall_
**and to Magistrate Judge** _Ray_

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Elijah Curtis Silas_
ADC # _____

Address: _406 North O K Street West Memphis Ark 72301_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Mike Allen_

Position: _Sheriff_

Place of employment: _Crittenden County Dention Center_

Address: _360 AFCO Rd        West Memphis, Ark 72301_

Name of defendant: _Mandy Childers_

Position: _Nurse_

OTHER DEFENDANTS

Name of detenant: Bonner

position: Cheif

place of employment: Crittenden County Dention Center
Address:         350 AFCO Rd West Memphis, ARK
                                                    72301


Name of dentendant: Thomas

     position     : Lt

place of Employment: Crittenden County Dention lenter
     Address: 350 AFCO Rd West Memphis, ARK
                                              72301

4 (A)

Place of employment: _Crittenden County Dention Center_

Address: _350 Afco Rd West Memphis, ARK  72301_

Name of defendant: _Any an All other parties Involved_

Position: _Nurse(s) / Intake Correctinal Officers / Those in contract_

Place of employment: _Crittenden County Dention Center_

Address: _350 Afco Rd West Memphis Ark  72301_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No _X_

B.  If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: *SERVED TIME / SERVED PROBATION (S)*

*PAID FINES MORE THAN ONCE   MAIL TO 406 North OK STREET*
*West Memphis, ARKANSAS 72301*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ ✓ in jail and still awaiting trial on pending criminal charges

_____ ✓ serving a sentence as a result of a judgment of conviction

_____ ✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: *PRESENTLY FREE: SERVED SENTENCE, SERVED*
*PROBATION, PAID FINES AND COURT COSTS*

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes *X*    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? *Filed several, No Response(s) — No Proper grievance(s)*
*process in place At DENTON Center to satisfy serious injury or*
*prevent danger*

-6-

Yes _X_    No ____    _Written / Verable_

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places. Do not give
any legal arguments or cite any cases or statutes. If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph. (Use as much space as you
need. Attach extra sheets if necessary.)

Plaintiff Was arrested on 1/5/2015, by West Memphis Ark
police. Transported to the Crittenden County Dention Center in
West Memphis, ARK. Charged With A Traffic Misdemeanor.

As being booked in Plaintiff fully explained to the intake
Worker h2Shun Cage (A11) health problem(s) including any and
All present Medication(s) actitively being Taken prescribed
by his doctor to take EACH DAY.

Plaintiff told intake ℅ of his (Hepatist C infection)
intake ℅ Cage failed to inform medical Staff. Plaintiff was
placed in A Holding Cell With One toliet And one place to
drink from. ON or About Jan 6 or 7 2015,
PLAINTIFF was

_____

_____

_____

WAS INTERVIEWED by "NURSE MINDY CHILDERS" WHO ONLY TOOK PLAINTIFF'S BLOOD PRESSURE, NOTHING MORE.

During THE INTERVIEW PLAINTIFF TOLD NURSE MINDY CHILDERS ABOUT (ALL) prescribed MEDICATION(S) HE WAS AND IS CURRENTLY TAKING ALL prescribed by Medical Doctors prior to INCARCERATION, PLAINTIFF ALSO TOLD NURSE MINDY CHILDERS ABOUT his Hepatitis C. Condition AND ASKED to be housed Alone.

ON OR ABOUT JAN 8 OR 9, 2015, PLAINTIFF RECIEVED his MEDICATION(S) FOR "HIGH BLOOD PRESSURE AND ENLARGED PROSTRATE," ONLY AFTER PLAINTIFF TOLD CITY JUDGE "THORN" THAT PLAINTIFF WAS NOT RECIEVING SAID MEDICATION(S).

ON JAN. 8, 2015, WHILE plaintiff APPEARED pursuant Audio AND Video before CITY JUDGE "THORN", AT WHICH TIME PLAINTIFF REQUESTED (1) MENTAL ASSISTANCE AND (2) TO please INSTRUCT THE MEDICAL STAFF TO GIVE plaintiff His NEEDED MEDICATION(S). THE C/O IN CHARGE phoned Medical STAFF AND TOLD THORN THAT "THE NURE SAID MR. Silas SHALL START TO RECIEVE His MEDICATION(S).

CITY JUDGE THORN TOLD C/O IN CHARGE OF PRISONERS IN Audio/Video COURT, "I'll bring him back ON FRIDAY TO SEE if he's getting his Medication(S), HOWEVER, Plaintiff did NOT RECIEVE his MEDICATION(S) NOR did plaintiff APPEAR before City Judge UNTIL JAN. 14, 2015.

PLAINTIFF ASKED EVERY C/O WHO WORKED M-J ~~POD~~ POD FOR his MEDICATION (s), C/O TERNER TOLD plaintiff THE NURSE did NOT LEAVE medication(S) for you, ANOTHER EVENT C/O TURNER

B (A)

Told Plaintiff, The Nurses Are Not here on Weekins And
There's No Medication for you.

On or About Jan 7, 2015, Plaintiff
Wrote Nurse staff About his medications(s), On Jan. 7, 2015
Plaintiff Wrote Mike Allen, No response from Sheriff
or Medical staff,

Plaintiff Was incarcerated from Jan. 5, 2015
till Jan 14, 2015 And only recieved his Medications(s) Twice
or Three times in A period of Ten (10) days,

Plaintiff's prescribed medication(s) Must
And is prescribed tobe Taken Once(1) Daily

On Jan. 10, 2015, Plaintiff Fell After Taking
An Shower yurying his back, Groin and Ankle. No Medical
Treatment done. At All

# PART II

Plaintiff was arrested again on 7-11-15, and booked into the C.C.D.C. with the same medical pathologies (1) High Blood pressure (2) Enlarged prostrate and (3) Chronic Low Back issues of long standings of which plaintiff recieves medical disability from the State and Federal government. Plaintiff also has recieved prescriord medication(s) for of the herein pathologies, which was and is known by medical staff at the C.C.D.C. as well as other staff members as named herein.

On 7-11-15, plaintiff Told intake officer "Lashun D. Cage," again About the herein medical problems and that he needed his medication(s) as well as a "Lower Sleeping" Area.

C/O Cage, reply was "There's no Medical staff from Fri Evenings Till Monday Morning and That My Wife would not Be Allowed To Bring My Needed Medications from Home."

On 7-12-15, Plaintiff Requested to See A Doctor or Nurse, However, said Request(s) were denied (Request(s) made in writing as well as Verbal) both request were denied.

On 7-12-15, Plaintiff was Moved from A holding Cell where he and others Lay on floors to M-J pod and forced to Take a (Top Bunk), Even while Staff Knew plaintiff was Medically Disable. Plaintiff Cellmate was (Clarence Moore) one of Many Mentally Disable prisoner on M-J pod which is A alone

Medical Unit.

7-13-15, No Medication(s) given And No physical exam given

7-14-15, No Medication(s) given And No physical exam given. Also on 7-14-15 plaintiff was Attacked by Cellmate Clarence Moore While Asleep, Pulled from his Top bunk to the floor hit and Kicked Several times. Plaintiff's Back Neck, Right Toe and bottom tooth Were injured After plaintiff Told Staff, However, Nothing Was done

No Medication(s) given And No physical exam performed

7-15-15, No Medication(s) given And No exam performed

7-18-15 No medication(s) given And No exam performed

Plaintiff did Not Recieve Any of his requested Medication(s) or have A physical exam performed from 7-11-15, Till 7-20-15 on Which date plaintiff Was Released from C.C.D.C.

Pod M-J #E020

7 (d)

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_SEE   ATTACHED_

_SEEn_

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **4** day of **August**, 20 **15**.

_____

_____
Signature(s) of plaintiff(s)

VICKIE SHIPLEY
Arkansas · Crittenden County
Notary · Comm# 12395021
My Comm Expires Sep 2, 2023

VICKIE SHIPLEY
Arkansas · Crittenden County
Notary · Comm# 12395021
My Comm Expires Sep 2, 2023

- 8 -

## Relief

### I

That each Named Defendant Herein be Held Fully As Well As In-part Responsible For Any And All Violation(s) And Stated by Plaintiff.

That Each Named Defendant Herein As Well As Any And All others found by This honorable Court.

### II

That Each Named Defendant Be Ordered by This Court to Pay plaintiff in both Official And Personal capacity in The Amount of One Hundred And Fifty Thousand Dollars each For Their Gross Violation(s); Mental, physical, Medically As Well As Humans And Disability Violations.

8 Ⓐ