# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ELIJAH CURTIS SILAS                               PLAINTIFF

v.                     No. 3:15-cv-269-DPM

MIKE ALLEN, Sheriff, Crittenden
County Detention Center; MANDY
CHILDERS, Nurse; BONNER, Chief,
Crittenden County Detention Center;
THOMAS, Lieutenant, Crittenden
County Detention Center; LASHUN
CAGE,* Intake Officer, Crittenden County
Detention Center; and JOHN DOES, Nurses
and Intake Correctional Officers, Crittenden
County Detention Center                      DEFENDANTS

## ORDER

1. Silas's motion, № 1, to proceed *in forma pauperis* in this § 1983 action is granted. The Court must screen his complaint, № 2. 28 U.S.C. § 1915(e)(2)(B).

2. Silas has stated plausible claims that defendants Cage and Childers provided him inadequate medical care. He may proceed with these claims.

---

*The Court directs the Clerk to add Lashun Cage, Intake Officer, Crittenden County, as a defendant. № 2 at 5.

**3.** Silas also alleges that Sheriff Allen violated his constitutional rights. Silas says he wrote Allen that he wasn't getting his medications. But Silas doesn't allege that Allen was personally involved in, or directly responsible for, providing medical care at the Detention Center. *Clemmons v. Armontrout*, 477 F.3d 962, 967 (8th Cir. 2007). This claim is dismissed without prejudice.

**4.** Silas says he asked the nursing staff and officers, including "c/o Turner," about receiving his medications. He doesn't further identify these individuals. Silas also says that he was twice injured at the Detention Center and didn't get medical care. He doesn't specify how any of the Defendants violated his rights regarding these injuries. All these claims are dismissed without prejudice.

**5.** Bonner and Thomas are dismissed without prejudice for failure to state a claim. Silas does not mention them when describing the underlying events.

**6.** If Silas wants to proceed with claims against Defendants other than Childers and Cage, then he must file an amended complaint by 5 November 2015. There, Silas must give specifics: how was each individual personally

involved or directly responsible for violating his constitutional rights? He must also provide each Defendant's complete name.

7. The Court directs the Clerk to prepare a summons for Childers and Cage. The Court directs the U.S. Marshal to serve the summons, complaint, and this Order on Childers and Cage without prepayment of fees and costs or security. If either defendant is no longer a Crittenden County Detention Center employee, the individual responding to service must file the former employee's last known private mailing address under seal.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2015