IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIJAH CURTIS SILAS                                           PLAINTIFF

v.                          No. 3:15-cv-269-DPM

MANDY CHILDERS, Nurse, and DANA
CAGE, Intake Officer, Crittenden County
Detention Center                                             DEFENDANTS

ORDER

1. The parties need to complete more discovery before Childers and Cage can meaningfully respond to Silas's motion for summary judgment. № 14 at 1. The motion, № 13, is therefore denied without prejudice as premature. FED. R. CIV. P. 56(d)(1). Silas may renew the motion after discovery is complete.

2. Defendants' motion, № 14, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2016