IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIJAH CURTIS SILAS                                                              PLAINTIFF

v.                              No. 3:15-cv-269-DPM

MANDY CHILDERS, Nurse; and
DANA CAGE, Intake Officer, Crittenden
County Detention Center                                                      DEFENDANTS

ORDER

Defendants have filed a motion for summary judgment, brief in support, and statement of facts. № 22–24. If Silas wants to respond, then he must do so by 7 November 2016. The Court reminds Silas to follow the Local Rules and the instructions in the Court's Final Scheduling Order, № 17 at 3, in filing his response.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 October 2016