IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIJAH CURTIS SILAS                                                                  PLAINTIFF

v.                              No. 3:15-cv-269-DPM

MIKE ALLEN, Sheriff, Crittenden County
Detention Center; MANDY CHILDRESS,
Nurse; BONNER, Chief, Crittenden County
Detention Center; THOMAS, Lieutenant,
Crittenden County Detention Center; DOES,
Nurses and Intake Correctional Officers, Crittenden
County Detention Center; and DANA CAGE,
Intake Officer, Crittenden County                                                  DEFENDANTS

JUDGMENT

1. Silas's medication-related claims against Cage and Childress are dismissed with prejudice.

2. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2016